SEAN K. KENNEDY, Bar No. 145632
Federal Public Defender
DEAN R. GITS, Bar No. 50598
Chief Deputy Federal Public Defender
E-mail: Dean_Gits@fd.org
MARGO A. ROCCONI, Bar. No. 156805
Deputy Federal Public Defender
E-mail: Margo_Rocconi@fd.org
BRIAN M. POMERANTZ, Bar No. 214264
Deputy Federal Public Defender
E-mail: Brian_Pomerantz@fd.org
321 E. 2nd Street
Los Angeles, California 90012
Telephone: (213) 894-8859
Facsimile: (213) 894-7566

ROSALIE L. RAKOFF, Bar No. 39141
E-mail: roserake@aol.com
1950 Sawtelle Blvd., Ste. 310
Los Angeles, California 90025
Telephone: (323) 933-5662

Attorneys for Petitioner
WILLIAM CHARLES PAYTON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CHARLES PAYTON, <br><br> Petitioner, <br><br> v. <br><br> ROBERT L. AYERS, Warden of the California State Prison at San Quentin, <br><br> Respondent. | NO. CV-94-4779-R <br><br> **DEATH PENALTY CASE** <br><br> **[PROPOSED ORDER] RE: REQUEST FOR STAY OF EXECUTION OF DEATH SENTENCE PENDING APPELLATE PROCEEDINGS** |

IT IS HEREBY ORDERED THAT:

Pursuant to Local Rule 83-17.6(b), the Court grants Petitioner, William Charles Payton, a stay of the execution of his sentence of death and any and all court and other proceedings related to the execution of that sentence, including preparation for execution and the setting of an execution date, pending the disposition of all actions in front of this Court and throughout all appellate proceedings in this matter, and that the stay of execution shall terminate when the mandate of the Ninth Circuit Court of Appeals is issued, filed, and spread on the minutes of the United States District Court, unless otherwise ordered by this Court or the Ninth Circuit Court of Appeals.

Dated: Jan. 2, 2008

HONORABLE MANUEL L. REAL
United States District Judge

Presented By:

MARGO A. ROCCONI,
Deputy Federal Public Defender
Attorney for Petitioner,
William C. Payton

# PROOF OF SERVICE

I, **STEPHANIE VERHAMME**, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202, Telephone No. (213) 894-2854; that I am over the age of eighteen years; that I am not a party to the action entitled below; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served a copy of the attached **[PROPOSED] ORDER RE: REQUEST FOR STAY OF EXECUTION OF DEATH SENTENCE PENDING APPELLATE PROCEEDINGS** on the following individual(s) by:

[x] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows:

[ ] Placing same in an envelope for hand-delivery addressed as follows:

[x] Placing same in a sealed envelope for collection and mailing via the United States Post Office, addressed as follows:

[ ] Faxing same via facsimile machine addressed as follows:

NATASHA CORTINA
Deputy Attorney General
Department of Justice
P O Box 85266
110 West A St, Suite 1100
San Diego, CA 92186-5266

DEATH PENALTY LAW CLERK
United States Courthouse
312 N. Spring Street
Los Angeles, CA 90012

This proof of service is executed at Los Angeles, California, on **December 20, 2007**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
**STEPHANIE VERHAMME**